```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DEREK ADAM NAASZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-05-0460 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| DEREK ADAM NAASZ, | ) | Date: December 16, 2005 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Deke Naasz, though their respective attorneys, that the status conference scheduled for December 16, 2005, may be continued to January 6, 2006, at 9:00 a.m.

This is a new case and defense counsel has yet to have an opportunity to meet at length with Mr. Naasz because of a trial commitment. Mr. Naasz will seek his release before the magistrate judge next week before he begins to review the discovery, which thus far is lengthy. So that these tasks may be completed, the parties have agreed

1  to continue the status conference to January 6, 2006.  The parties
2  further agree that time from the date of this order through January 6,
3  2006, may be excluded under the Speedy Trial Act pursuant to Local Code
4  T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), in order to
5  give defense counsel additional necessary time to investigate.

6                                    Respectfully submitted,

7                                    QUIN DENVIR
                                     Federal Public Defender
8

9  Dated: December 15, 2005          /s/ T. Zindel
                                     TIMOTHY ZINDEL
10                                   Assistant Federal Defender
                                     Attorney for DEREK NAASZ
11

12                                   MCGREGOR SCOTT
                                     United States Attorney
13

14 Dated: December 15, 2005          /s/ T. Zindel for M. Rodriguez
                                     MICHELLE RODRIGUEZ
15                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
16

17                            **O R D E R**

18     The status conference is continued to January 6, 2006, and time
19 under the Speedy Trial Act is excluded through that date pursuant to 18
20 U.S.C. § 3161(h)(8)(A) and (B)(iv) for the reasons stated above and by
21 agreement of the parties.
22
23 DATED:  December 16, 2005

24                                   /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
25                                   United States District Judge
26
27
28

Stip. in U.S.A. v. Naasz             2