DENNIS S. WAKS, Bar #142581
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DEREK ADAM NAASZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-05-0460 GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| DEREK ADAM NAASZ, | ) | Date: January 6, 2006 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Deke Naasz, though their respective attorneys, that the status conference scheduled for January 6, 2006, may be continued to January 20, 2006, at 9:00 a.m.

This is a new case and defense counsel has just begun to review discovery with Mr. Naasz. Counsel has also requested additional information from the prosecutor, including calculations of the alleged losses and number of victims. So that these materials may be adequately reviewed, the parties have agreed to continue the status conference to

January 20, 2006.  The parties further agree that time from the date of this order through January 20, 2006, may be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), in order to give defense counsel additional necessary time to prepare.

                                      Respectfully submitted,

                                      QUIN DENVIR
                                      Federal Public Defender

Dated: January 5, 2006       /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for DEREK NAASZ


                                      MCGREGOR SCOTT
                                      United States Attorney

Dated: January 5, 2006       /s/ T. Zindel for M. Rodriguez
                                        MICHELLE RODRIGUEZ
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## O R D E R

The status conference is continued to January 20, 2006, and time under the Speedy Trial Act is excluded through that date pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) for the reasons stated above and by agreement of the parties.

Dated:  January 11, 2006

                                      /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge